IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN GUERRA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DUANE READE, INC., DUANE READE HOLDINGS, INC., and WALGREEN CO.,<br><br>Defendants. | 14-cv-0254 (SJ)(JO) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that the above-captioned case, including any and all claims under the Fair Labor Standards Act, is hereby dismissed *with prejudice*, without fees or costs to any party as against the other. Each side will bear its own attorneys' fees and costs.

ROBERT WISNIEWSKI, PC

By _____
Robert Wisniewski

225 Broadway, Suite 1020
New York, New York 10007

*Attorneys for Plaintiff*

Dated: Sept. 2, 2014

MORGAN, LEWIS & BOCKIUS LLP

By _____
James P. Walsh, Jr.
August W. Heckman III
502 Carnegie Center
Princeton, NJ 08540-6241

*Attorneys for Defendants Duane Reade, Inc., Duane Reade Holdings, Inc., and Walgreen Co.*

Dated: 9-16-2014

APPROVED AND SO ORDERED:

_____
The Hon. Sterling Johnson, Jr., U.S.D.J.

Dated: _____